■ SAVERIA PELLEGRINO, as Administratrix of the Estate of ANTHONY G. PELLEGRINO, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 67362.)—Appeal by the defendant from an order of the Court of Claims dated November 7, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Judge Weisberg at the Court of Claims *(see, Pellegrino v State of New York,* 133 Misc 2d 888). Bracken, J. P., Lawrence, Rubin and Kooper, JJ., concur.

■ POQUOTT DEVELOPMENT CORP., Appellant, v STEVE JOHNSON, as Executor of WILLIAM JOHNSON, Deceased, Respondent. —Appeal by the plaintiff from a judgment of the Supreme Court, Suffolk County, entered November 14, 1985.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Tanenbaum at the Supreme Court, Suffolk County. Thompson, J. P., Brown, Weinstein and Balletta, JJ., concur.

■ CAROLYN J. SCHEER, Respondent, v KENNETH L. SCHEER, Appellant.—In an action for a divorce and ancillary relief, the defendant husband appeals from an order of the Supreme Court, Dutchess County (Rosenblatt, J.), entered December 8, 1986, which granted the plaintiff wife's application for an award of attorneys' fees in the sum of $7,000.

Ordered that the order is affirmed, with costs.

Inasmuch as the parties agreed to submit the matter of counsel fees to the court for resolution and the defendant, who is an attorney, failed to request an evidentiary hearing with respect to that issue at any time prior to the instant appeal, it was not an abuse of discretion to award counsel fees without first hearing testimony on that issue *(see, Kandel v Kandel,* 129 AD2d 617, 618; *Long v Long,* 121 AD2d 696, 697; *Bara v Bara,* 115 AD2d 628, 630, *lv dismissed* 68 NY2d 664, *lv denied* 70 NY2d 609; *Janousek v Janousek,* 108 AD2d 782, 783; *Lynch v Lynch,* 97 AD2d 814).

The husband's remaining arguments are unpersuasive. Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.